## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| NICHOLAS M. MARTIN, )<br>on behalf of plaintiff and a class, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MIDLAND CREDIT MANAGEMENT, )<br>INC.; MIDLAND FUNDING LLC; )<br>and ENCORE CAPITAL GROUP, INC., )<br>formerly MCM CAPITAL GROUP, INC., )<br>)<br>Defendants. ) | 09-cv-5343<br><br>Hon. George W. Lindberg<br><br>Magistrate Judge Keys |

### STIPULATION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Nicholas M. Martin and Defendants Midland Credit Management, Inc., Midland Funding LLC and Encore Capital Group, Inc., hereby stipulate to the dismissal of Plaintiff's claims against Defendants Midland Credit Management, Inc., Midland Funding LLC and Encore Capital Group, Inc. without prejudice and with leave to reinstate by March 11, 2011.

Respectfully submitted,

/s/ Cassandra P. Miller

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Cassandra P. Miller
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
*(Counsel for Plaintiff)*

/s/ Tammy L. Adkins

Tammy L. Adkins
David L. Hartsell
McGuire Woods LLP
77 West Wacker Dr.
Ste 4100
Chicago, IL 60601
*(Counsel for Defendant)*

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2010, a copy of the within was filed. Notice of this filing will be sent by e-mail to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Tammy L. Adkins
David L. Hartsell
McGuire Woods LLP
David L. Hartsell
77 West Wacker Dr.
Ste 4100
Chicago, IL  60601

/s/ Cassandra P. Miller